# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

```
FILED
JUL - 8 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
```

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

AURELIO VIDRIO-OSUNA,

        Defendant.

CASE NO. 10CR1264-GT

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_X_ the Court has vacated the judgment and dismissed the Information after remand; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

8:1326 (a) and (b) - Attempted Entry After Deportation (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/8/11

                                GORDON THOMPSON, JR.
                                UNITED STATES DISTRICT JUDGE